445 A.2d 228

John Hancock Ins. v. Manolios, Appellant.

John Hancock Mutual v. Belvedere, Appellant.

 Submitted February 10,
1982. James R. Barozzini, for appellants; Paul K. Geer, for
appellee.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Orders affirmed.